# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| BILLY M. DURHAM, III, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MIDLAND CREDIT MANAGEMENT, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | No. 2:20-cv-02354-SHL |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed May 19, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Order Granting Joint Motion to Dismiss (ECF No. 22), filed August 4, 2020, judgment is entered and all claims in this matter are hereby **DISMISSED WITHOUT PREJUDICE**. The Court shall retain jurisdiction for the purpose of enforcing the parties' settlement agreement pursuant to Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

APPROVED:

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
UNITED STATES DISTRICT JUDGE

August 4, 2020  
Date